# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, L.L.C., and MCIMETRO ACCESS TRANSMISSION SERVICES CORP., <br><br> **Plaintiffs,** <br><br> v. <br><br> THE DIVERSIFIED UTILITY GROUP L.L.C. <br><br> **Defendant.** | Case No. 1:21cv00107 |

## REPORT FOR THE FILING OF SEALED DOCUMENTS

**[ X ]** Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

**[ ]** Non-Parties: Because a non-party has produced documents pursuant to a protective order or is otherwise claiming confidentiality over documents filed or expected to be filed in this case, the conference included _____ (identify non-party).

**[ X ]** Default: The parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

**[ ]** Alternative Proposal for Cases with Many Confidential Documents. In order to address claims of confidentiality and reduce the need to file briefs and exhibits under seal, the parties propose the alternative procedure set out in the attached proposal, either jointly or as competing alternatives, for consideration by the Court.

**[ ]** Other relevant information: _____

Dated: March 12, 2021

                Respectfully submitted,

                *s/ Katie N. Wagner*
                Anthony J. Jorgenson
                Katie N. Wagner
                **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
                100 North Broadway, Suite 2900
                Oklahoma City, Oklahoma 73102-8865
                Telephone: (405) 553-2800
                Facsimile: (405) 553-2855
                Email: ajorgenson@hallestill.com
                          kwagner@hallestill.com

                Michael J. Byrne, NC Bar #23577
                **EVERETT GASKINS HANCOCK LLP**
                P.O. Box 911
                Raleigh, North Carolina 27602
                Telephone: (919) 755-0025
                Facsimile: (919) 755-0009
                Email: mjbyrne@eghlaw.com

                **ATTORNEYS FOR PLAINTIFFS, MCI COMMUNICATIONS SERVICES, LLC AND MCIMETRO ACCESS TRANSMISSION SERVICES CORP.**

*s/ Sarah E. Carson* (w/permission)
Sarah E. Carson, NC Bar #38618
**SMITH, CURRIE & HANCOCK, LLP**
311 New Bern Ave.
Raleigh, North Carolina 27611
Telephone: (803) 999-1273
Email: secarson@smithcurrie.com

Matthew E. Cox, NC Bar #34781
**SMITH, CURRIE & HANCOCK, LLP**
1325 PARK STREET, SUITE 200
Columbia, South Carolina 29201
Telephone: (803) 999-1273
Email: mecox@smithcurrie.com

**ATTORNEYS FOR DEFENDANT,
DIVERSIFIED UTILITY GROUP, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2021, a true and correct copy of the above and foregoing Report for the Filing of Sealed Documents was filed with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record as set forth below:

>Matthew E. Cox, NC Bar #34781
>**SMITH, CURRIE & HANCOCK, LLP**
>1325 PARK STREET, SUITE 200
>Columbia, South Carolina 29201
>Telephone: (803) 999-1273
>Email: mecox@smithcurrie.com
>
>Sarah E. Carson, NC Bar #38618
>**SMITH, CURRIE & HANCOCK, LLP**
>311 New Bern Ave.
>Raleigh, North Carolina 27611
>Telephone: (803) 999-1273
>Email: secarson@smithcurrie.com

>>*s/ Katie N. Wagner*
>>Katie N. Wagner

4799708.1:915100:02785